UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Petitioner,

    v.

DOUG WADDINGTON,

    Respondent.

Case No. C04-5785FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO FILE OVERLENGTH REPLY

    Petitioner moves for a certificate of appealability of this Court's adoption of the conclusion in the Report and Recommendation that this petition is time barred pursuant to 28 U.S.C. § 2254(b)(2). Respondent opposes this motion and Petitioner also moves to file an overlength brief of 21 pages in reply to Respondent's three-page brief.

    The Court is not convinced that the issue herein is one that reasonable jurists could debate or that the issue presented is one that is adequate to deserve encouragement to proceed further. *See Slack v. McDaniel*, 529 U.S. 473, 481-82 (2000).

    ACCORDINGLY, IT IS ORDERED:

    1.    Petitioner's Motion for Certificate of Appealability [Dkt. # 42] is DENIED;

    2.    Petitioner's Motion for Leave to File Overlength Reply Brief [Dkt. # 46] is DENIED.

    DATED this 24th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1