# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KEITH L. NASH,

    Petitioner,

    v.

DOUG WADDINGTON,

    Respondent.

Case No. C04-5785FDB

ORDER DENYING AMENDED MOTION FOR RELIEF FROM JUDGMENT

This Court adopted the Magistrate Judge's Report and Recommendation that this matter was time barred. Certificate of Appealability was denied by this Court and later by the Ninth Circuit. Petitioner moved for relief from judgment, which was denied, and now Petitioner moves again for relief from judgment by an amended motion. The Court having reviewed the record herein, DENIES the Amended Motion for Relief From Judgment [Dkt. # 63]. SO ORDERED.

DATED this 27th day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1