UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH NASH ,<br><br>                    Petitioner,<br><br>          v.<br><br>DOUG WADDINGTON,<br><br>                    Respondent. | Case No. C04-5785FDB<br><br>ORDER RE COPIES OF COMPLETE FILE |

The Petition pursuant to 28 U.S.C. § 2254 was denied as time barred, and Judgment was entered. A motion for relief from judgment was denied. Petitioner filed his notice of appeal on July 25, 2005. Petitioner now moves for copies of his complete file in this case (as well as C04-5161FDB, which is presently before Magistrate Judge Karen L. Strombom). Petitioner's motion with respect to the present case is DENIED. SO ORDERED.

DATED this 10th day of May, 2006.

                                        FRANKLIN D. BURGESS
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1