UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

        Petitioner,

   v.

DOUG WADDINGTON,

        Respondent.

Case No. C04-5785FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

     Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2254 was dismissed as time barred. Petitioner moves for certificate of appealability, which is hereby DENIED as there is no basis for reasonable jurists to differ. SO ORDERED.

     DATED this 10th day of May, 2006.

                                           FRANKLIN D. BURGESS
                                           UNITED STATES DISTRICT JUDGE

ORDER - 1